Said M. KARARA, Appellant,

v.

COUNTY OF TAZEWELL,
VIRGINIA, Appellee.

No. 78–1476.

United States Court of Appeals,
Fourth Circuit.

Argued May 8, 1979.

Decided July 12, 1979.

James P. Jones, Abingdon, Va. (Penn, Stuart, Eskridge & Jones, Abingdon, Va., on brief), for appellant.

Norris Kantor, Bluefield, W. Va. (Katz, Kantor, Katz, Perkins & Cameron, Bluefield, W. Va., Robert M. Galumbeck, Tazewell, Va., County Atty., on brief), for appellee.

Before RUSSELL, Circuit Judge, FIELD, Senior Circuit Judge, and WIDENER, Circuit Judge.

PER CURIAM:

Appellant instituted this diversity action alleging breach of contract by the County of Tazewell. The district court found that appellant had failed to comply with a state statute which required him to appeal the County's denial of his claim within thirty days of receiving notice of that denial, that such failure would constitute a bar to his action in state court, and thus was a bar to his federal diversity action. We find no error in such ruling and affirm the dismissal of the appellant's action on the opinion of the district court.

*AFFIRMED.*